# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| vs. | ) 8:03CR426 |
| **RYAN SCOTT REDHORN,** | ) ORDER |
| Defendant. | ) |

Defendant Ryan Scott Redhorn appeared before the court on Wednesday, May 31, 2006 on a Petition for Warrant or Summons for Offender Under Supervision [34]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of probation.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before U.S. District Court Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:30 p.m. on June 12, 2006.** Defendant must be present in person.

2  The defendant is released on current conditions of probation.

DATED this 1st day of June, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge